■ In the Matter of CLIFFORD W.C., III, a Child Alleged to be Abandoned. CLIFFORD C., Also Known as CLIFFORD W.C., II, Appellant; GRAHAM-WINDHAM SERVICES TO FAMILIES AND CHILDREN, Respondent. [45 NYS3d 447]—

Order of fact-finding and disposition (one paper), Family Court, New York County (Clark V. Richardson, J.), entered on or about October 22, 2015, insofar as it determined, after a hearing, that respondent father had abandoned the subject child, unanimously affirmed, without costs.

The father's abandonment of the child was established by clear and convincing evidence that the father failed to maintain contact with the child or with petitioner agency for at least the six-month period prior to the filing of the petition, although he was able to do so and was not discouraged from doing so by the agency (Social Services Law § 384-b [5] [a]; see Matter of Ruben J.R., 303 AD2d 238 [1st Dept 2003], lv denied 100 NY2d 507 [2003]). The father testified that he was informed by a letter in 2012, before the relevant six-month period, that the child was placed into foster care following the death of the child's mother. The father admitted that his only effort to determine the child's

whereabouts and welfare was a single letter to the agency sent at an unspecified time, requesting that his parental rights be transferred to his mother and sister, and a call by his mother to the agency. Family Court properly found that this minimal effort was insufficient to overcome the presumption of an intent to forgo parental rights (*see Matter of Annette B.*, 4 NY3d 509, 514-515 [2005]). The father's argument regarding the admission of the agency case notes is unpreserved and, in any event, unavailing.

We have considered the father's remaining contentions and find them unavailing. Concur—Sweeny, J.P., Renwick, Andrias, Kahn and Gesmer, JJ.